UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALOS JAVIER ESPINOZA-CABRERA,<br>Defendant. | Criminal No.<br> 8:26-CR-62 (AMN) |

NOTICE OF APPEAL

PLEASE TAKE NOTICE that the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum-Decision and Order made and entered by the Honorable Anne M. Nardacci, United States District Judge, Northern District of New York, on the 27th day of April, 2026 (Dkt. 5), reversing the judgment of the U.S. Magistrate Judge and vacating the defendant's conviction under 8 U.S.C. §1325(a)(2) for improper entry by an alien.

Dated:  May 22, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant U.S. Attorney

By:   s/ *Douglas Collyer*
Douglas Collyer
Assistant United States Attorney
Bar Roll No. 519096